JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>J. G. CONCRETE, INC., a California corporation formerly known as JOAQUIN GARCIA CONSTRUCTION, INC.<br><br>Defendant. | Case No.: CV 19-2213-DMG (MAAx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION [21]** |

Pursuant to the Notice of Settlement and Stipulation re Dismissal as to the Entire Action with Prejudice by and between Plaintiff and Defendant, through their respective attorneys of record, and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice in accordance with the terms of the settlement entered into between the Parties with each party to bear its own costs and attorney's fees. All scheduled dates and deadlines are VACATED.

DATED: April 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE